ELIZABETH M. BECK, Appellant, v. JOHN STAUDT, as Executor of JOSEPH HUBER, Deceased, et al., Respondents.

*Beck* v. *Staudt*, 149 App. Div. 35, affirmed.
(Argued March 28, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1912, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover possession of certain bonds found in a safe deposit box of Joseph Huber, deceased, marked with the name of the

plaintiff and claimed to be her property; also, appeal from
an order of said Appellate Division, entered November 4,
1910, which reversed an order of Special Term denying a
motion by certain heirs at law for leave to intervene and
granted said motion.

*Benjamin E. Messler* and *Edward W. S. Johnston* for
appellant.

*Gustav Lange, Jr., George H. Taylor, Jr.,* and *Albert
J. Appell* for respondents.

Judgment affirmed, without costs; appeal from order
dismissed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT,
CHASE, CUDDEBACK and HOGAN, JJ. Not sitting:
MILLER, J.